IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM BARKER,** | 2:13-cv-01793-KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel. On September 26, 2014, the parties submitted a stipulation for extension of time for defendants to respond to the amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulation to extend the deadline for defendants to respond to plaintiff's amended complaint (ECF No. 15) is granted; and

2. Defendants' response is now due on or before November 25, 2014.

Dated: September 30, 2014        /s/ Kendall J. Newman
                                 KENDALL J. NEWMAN
                                 United States Magistrate Judge

//bark1793.eot