IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM BARKER,** | Case No. 2:13-cv-01793-KJN P |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.,** | |
| Defendants. | |

Good cause appearing, the joint stipulation to extend the dispositive motion deadline by ninety days, up to and including August 21, 2016, is granted.

IT IS SO ORDERED.

Dated: May 25, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE