1
2
3
4
5
6
7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **WILLIAM BARKER,**                     Case No. 2:13-cv-01793-KJN

                                    Plaintiff,   **[PROPOSED] ORDER**

13

14              **v.**

15  **CALIFORNIA DEPARTMENT OF**
    **CORRECTIONS, ET AL.,**

16                                Defendants.

17

18

19       Good cause appearing, the parties' stipulated request to vacate the August 21, 2016

20  dispositive motion deadline is granted.  The Court will reset the dispositive motion deadline, if

21  necessary, in the event that the parties are unable to reach an agreement at the November 9, 2016

22  mediation.

23       IT IS SO ORDERED

24  Dated:  August 24, 2016

25

26  _____
    KENDALL J. NEWMAN
27  UNITED STATES MAGISTRATE JUDGE

/bark1793.stip

28

                              1